FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
* NOVEMBER 13, 2023 *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X

UNITED STATES OF AMERICA

- against -

AYLO HOLDINGS S.À.R.L., formerly known as "MindGeek S.à.r.l.,"

Defendant.

-----------------------------X

**NOTICE OF MOTION**

Criminal Docket No. 23-CR-463 (     )
Judge Eric R. Komitee
Magistrate Judge Lois Bloom

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant AYLO HOLDINGS S.À.R.L.'s waiver of an indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
         November 13, 2023

                                    BREON PEACE
                                    United States Attorney
                                    Eastern District of New York
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

                            By:          /s/
                                    Hiral Mehta
                                    Gillian Kassner
                                    Genny Ngai
                                    Tara McGrath
                                    Assistant United States Attorneys
                                    (718) 254-7000

Cc:   Clerk of the Court
      Counsel of Record