UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                           23-CR-463 (BMC)

AYLO HOLDINGS SARL,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Genny Ngai from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Genny Ngai
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East
    Tel:  (718) 254-6393
    Email: genny.ngai@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Genny Ngai at the email address set forth above.

Dated: Brooklyn, New York
December 12, 2023

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/Genny Ngai
Genny Ngai
Assistant U.S. Attorney

cc: Clerk of the Court (BMC)