# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America <br> v. <br> Aylo Holdings SARL <br><br> *Defendant* | ) <br> ) Case No. 23 - CR - 463 (BMC) <br> ) <br> ) <br> ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/21/2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Eric Corngold
*Printed name of defendant's attorney*

_____
*Judge's signature*

Chief Magistrate Judge Lois Bloom
*Judge's printed name and title*